# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2194

Jose Morales Godinez v. Levi Morales Godinez

(U.S. District Court No.: 3-22-cv-03596)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:  August 22, 2023
cc:    William P. Flahive, Esq.
       Jean M. Ramatowski, Esq.
       Melissa E. Rhoads

A True Copy:

*Patricia S. Dodszuweit*

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate